# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMO BERREONDO,<br><br>    Plaintiff,<br><br>    v.<br><br>JONATHAN AKANNO, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:11-CV-00432-LJO-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(DOC. 18) |

    Plaintiff Maximo Berreondo ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his First Amended Complaint on June 30, 2011. Doc. 10. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On November 17, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within fourteen days. Doc. 18. Plaintiff did not file an Objection to the Findings and Recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    The Findings and Recommendations, filed November 17, 2011, is adopted in full;

    2.    This action proceed on Plaintiff's first amended complaint against Defendant

1

Jonathan Akanno for deliberate indifference in violation of the Eighth Amendment;

3. All other claims are dismissed for failure to state a claim; and

4. All other Defendants are dismissed from this action.

IT IS SO ORDERED.

Dated:   December 21, 2011           /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE