# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMO BERREONDO,<br><br>            Plaintiff,<br><br>       v.<br><br>JONATHAN AKANNO, et al.,<br><br>            Defendants.    / | CASE NO. 1:11-cv-00432-LJO-DLB PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO SERVE DEFENDANT AKANNO WITH MOTION BY MAIL (DOC. 12)<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

      Plaintiff Maximo Berreondo ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Jonathan Akanno for deliberate indifference to a serious medical need in violation of the Eighth Amendment.

      On September 9, 2011, Plaintiff filed a motion entitled "Motion Requesting Court Order having Defendants Provide KCI Wound Vacuum as Recommended By Specialist." Doc. 12. Plaintiff requests that he be provided specific treatment for his wounds. The Court construes the motion as one for preliminary injunction. Because Defendant Akanno has now appeared in this action, the Court will require Defendant Akanno to respond to the motion.[1]

      Accordingly, it is HEREBY ORDERED that:

      1.      Defendant Akanno is to file a response to Plaintiff's motion within twenty-one

---

[1] In the interest of judicial economy, the Court will not require re-service by Plaintiff of his September 9, 2011 motion.

1

1    (21) days from the date of service of this order pursuant to Local Rule 230(l); and

2.   Plaintiff may file a reply within seven (7) days from the date of service of Defendant's response, if any.

IT IS SO ORDERED.

Dated:   **May 25, 2012**          _____**/s/ Dennis L. Beck**_____
                                          UNITED STATES MAGISTRATE JUDGE