# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MAXIMO BERREONDO,

                Plaintiff,

    v.

JONATHAN AKANNO, et al.,

                Defendants.

_____/

CASE NO. 1:11-cv-00432-LJO-DLB PC

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS AND DENYING
PLAINTIFF'S MOTION FOR INJUNCTIVE
RELIEF (ECF No. 12)

Plaintiff Maximo Berreondo ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On September 9, 2011, Plaintiff filed a motion for preliminary injunction.  ECF No. 12.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 19, 2012, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within fourteen days.  ECF No. 45.  No party filed a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendations, filed July 19, 2012, is adopted in full; and

2.      Plaintiff's motion for preliminary injunction, filed September 9, 2011, is denied.

IT IS SO ORDERED.

**Dated:    August 18, 2012**                        **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE