# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMO BERREONDO,<br><br>    Plaintiff,<br><br>    v.<br><br>JONATHAN AKANNO,<br><br>    Defendant. | Case No.  1:11-cv-00432-LJO-DLB<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 65.) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On May 30, 2013, Defendant filed a timely motion to extend time to file a motion for summary judgment.  (ECF No. 65.)  On June 28, 2013, Defendant filed a motion for summary judgment.  (ECF No. 66.)  Good cause having been presented to the Court and good cause appearing therefor, it is HEREBY ORDERED that Defendant's motion is GRANTED and the Court will consider Defendant's pending motion for summary judgment.

IT IS SO ORDERED.

Dated:   **October 4, 2013**                        /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE

1